IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOY NZEAKO, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:15-CV-2143-D |
| VS. | § | |
| | § | |
| HSBC BANK, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the October 6, 2015 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, plaintiffs' July 2, 2015 motion for preliminary injunction is denied.

**SO ORDERED**.

November 30, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE